UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL KOWNACKI,

               Petitioner,

    - against -                  07 Civ. 7817 (JGK)
                                    07 Civ. 7836 (JGK)

MORGAN STANLEY DW, INC.,

               Respondent.            ORDER

---

MORGAN STANLEY & CO., INC.,

               Petitioner,

    - against -

MICHAEL KOWNACKI,

               Respondent.

---

JOHN G. KOELTL, District Judge:

    The petitioner's time to submit a response to the respondent's cross-petition to confirm the arbitration award and a reply, if any, to the petitioner's petition to vacate the arbitration award is extended to **November 20, 2007**. If the petitioner submits a response, the respondent should submit any reply by **November 30, 2007**.

SO ORDERED.

Dated:    New York, New York
            October 30, 2007

                                        John G. Koeltl
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07