UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL M. KOWNACKI   )
                                             )
        Petitioner,   )   Case No. 07-CV-7817 (JGK)
                                             )   Case No. 07-CV-7836 (JGK)
v.                                           )
                                             )
                                             )   [~~PROPOSED~~] ORDER DISMISSING
                                             )   MOTION TO VACATE WITH
                                             )   PREJUDICE AND CONFIRMING
                                             )   ARBITRATION AWARD
MORGAN STANLEY DW INC.   )
                                             )
        Respondent.   )
                                             )
                                             )

---

MORGAN STANLEY & CO., INC.,   )
                                             )
        Petitioner,   )
                                             )
v.                                           )
                                             )
                                             )
                                             )
                                             )
MICHAEL M. KOWNACKI   )
                                             )
       Respondent.   )
                                             )
                                             )

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / FILED: 4-3-08]

    Upon consideration of the parties' Stipulation Dismissing Motion To Vacate With Prejudice And Requesting Confirmation of Arbitration Award, for good cause shown, it is hereby ORDERED that:

    Michael M. Kownacki's petition to vacate and complaint are DISMISSED WITH PREJUDICE; and it is further ORDERED that;

     Morgan Stanley's petition for confirmation of arbitration award is GRANTED and the June 6, 2007 New York Stock Exchange award in Mr. Kownacki's favor is CONFIRMED.

Dated: New York, New York
       April 2, 2008

/s/ G. Koeltl
John G. Koeltl
United States District Judge